UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ESMOND L. SANFORD,

    Plaintiff,

v.

MADISON COUNTY, ILLINOIS, CAPT.
GARY BOST, CAPT. DONALD BUNT and
SHERIFF ROBERT HERTZ,

    Defendants.

Case No. 16-cv-738-JPG-RJD

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 75) of Magistrate Judge Reona J. Daly recommending that the Court grant the defendants' motions for summary judgment on plaintiff Esmond L. Sanford's First Amendment free exercise claims (Docs. 63 & 65). No party has objected to the Report.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has reviewed the Report for clear error and finds none. Accordingly, the Court:

- **ADOPTS** the Report in its entirety (Doc. 75);
- **GRANTS** the defendants' motions for summary judgment (Docs. 63 & 65); and
- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: March 29, 2018**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**