UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ESMOND L. SANFORD,

        Plaintiff,

    v.                                                                   Case No. 16-cv-738-JPG-RJD

MADISON COUNTY, ILLINOIS, CAPT.
GARY BOST, CAPT. DONALD BUNT,
SHERIFF ROBERT HERTZ and MADISON
COUNTY JAIL,

        Defendants.

## JUDGMENT

      This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

      IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Esmond L. Sanford's claim against Madison County Jail is dismissed with prejudice;

      IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Esmond L. Sanford's claims under the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc-1 *et seq.*, and for injunctive relief under the First Amendment are dismissed without prejudice; and

      IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Capt. Gary Bost, Capt. Donald Bunt, Sheriff Robert Hertz (in his individual and official capacities) and Madison County, Illinois, and against plaintiff Esmond L. Sanford on Sanford's First Amendment free exercise claims for damages asserting he was not afforded adequate opportunities to practice his religion while detained at the Madison County Jail.

**DATED:  March 30, 2018**         **JUSTINE FLANAGAN, Acting Clerk of Court**

                                **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**